

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2015

No. 04-15-00030-CV

David **PERALTA**,
Appellant

v.

**MASSACHUSSETTS INSTITUTE OF TECHNOLOGY**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 333462
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The reporter's record was originally due on December 15, 2014. On January 28, 2015, the court reporter filed a Notification of Late Record, stating the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the court reporter's record fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court <u>no later than February 9, 2015</u> that either (1) the reporter's record fee has been paid or arrangements have been made to pay the court reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's record fee.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court